E. OLIN DOWNES, Respondent, v. WYTHE WILLIAMS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANGELINA TANCREDI, Appellant, v. PARK CIRCLE ROLLER RINK, INC., Respondent.— Plaintiff established a prima facie case and it was error to dismiss the complaint. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GENERAL ANILINE & FILM CORPORATION, Respondent, v. ADVANCE SOLVENTS & CHEMICAL CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 857.]

MAX FLICK, Respondent, v. J. YANCEY CHRISTMAS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LANGER KNITTING MILLS, INC., Respondent, v. F. W. WOOLWORTH COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FREDERICK H. ELLIOTT, Individually and as Administrator C. T. A. of the Estate of IDA M. ELLIOTT, Deceased, Appellant, v. SYRACUSE TRUST COMPANY, as Trustee under a Trust Created by IDA M. ELLIOTT et al., Respondents, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 857.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOPHIA MAYER, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.— Final order, so far as appealed from, unanimously modified so as to provide for the fixing of the assessed valuations of the property as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1940–41 | $45,500 | $10,000 | $55,500 |
| 1941–42 | 41,750 | 10,000 | 51,750 |
| 1942–43 | 38,000 | 10,000 | 48,000 |

and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JACOB SILVERMAN, Respondent, v. ROSIE SCHWICK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JACOB KIRSCH, Appellant, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon Untermyer and Dore, JJ.

SOLOMON BERG, Doing Business under the Name of BERG CHEMICAL CO., Respondent, v. REPUBLIC CHEMICAL CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.